# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-03-5490 AWI LJO P<br><br>ORDER DISREGARDING OBJECTION TO DEFENDANTS' ANSWER<br><br>(Doc. 74) |

      Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2005, defendants Andrews, Cheema, Dang, Do Canto, Fehlman, Fisher, Grandy, Hasadsri, Key, Loflin, Oseguera, Pitts, Warren, and Weaver ("defendants") filed an answer to plaintiff's fourth amended complaint. On April 28, 2005, plaintiff filed an objection to defendants' answer.

      Plaintiff's objection to the answer is disregarded. Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the court requiring one. Fed. R. Civ. P. 7(a). In this case, the court did not order a reply to the answer.

      With respect to plaintiff's objection that not all of the defendants against whom this action is proceeding answered the amended complaint, only those defendants listed in the caption of the answer have waived service and appeared in this action. The other defendants against whom this action is proceeding are required to appear only after they have waived service or been personally served. Plaintiff's concern over the status of the unserved defendants is premature. At this time,

service on the defendants not named in the caption of the answer is in process.  Plaintiff will be notified in due course by the court in the event that the Marshal is unable to locate and serve the other defendants.

Accordingly, plaintiff's objection to defendants' answer is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:   May 4, 2005**              /s/ Lawrence J. O'Neill
i0d3h8                        UNITED STATES MAGISTRATE JUDGE