# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-03-5490 AWI LJO P<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION ON UNSERVED DEFENDANTS<br><br>(Docs. 75-90) |

    Service of process was deemed not executable, and the United States Marshals Office returned the summonses and USM-285 forms for the following defendants on May 2, 2005:

    **Sergeant Jackson**

    **Correctional Officer Smith**

    **Correctional Officer Rojas**

    **Correctional Officer Alcantar**

    **Correctional Officer Cassillas**

    **Correctional Officer Hernandez**

    **Correctional Officer Romero**

    **Correctional Officer Licon**

    **Correctional Officer Espinoza**

    **Correctional Officer Molina**

    **Correctional Officer Cruz**

1     **Correctional Officer Champbell**

2     **Doctor Brown**

3     **Sergeant Reynoso**

4     **Sergeant Williams**

5     **Medical Technical Assistant Suarez**.

6     If plaintiff has any additional information that might assist the Marshal in identifying,

7 locating, and serving these defendants, plaintiff shall submit such information within **thirty (30)**

8 **days** from the date of service of this order.

10 IT IS SO ORDERED.

11 **Dated:**   **May 16, 2005**         /s/ Lawrence J. O'Neill
b9ed48                             UNITED STATES MAGISTRATE JUDGE