# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO, | CASE NO. 1:03-CV-05490-AWI-LJO-P |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO DOCKET PLAINTIFF'S PRE-TRIAL STATEMENT IN CASE NUMBER CV-S-01-0524 MCE GGH P, AND SERVE PRE-TRIAL STATEMENT ON DEFENDANTS' ATTORNEYS |
| v. | |
| DEPARTMENT OF CORRECTION TERHUNE, et al., | |
| Defendants. | (Doc. 99) |
| | ORDER DISREGARDING PRE-TRIAL STATEMENT IN THIS ACTION |
| | (Doc. 99) |

Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2005, plaintiff filed a pre-trial statement in this action. (Doc. 99.) On October 5, 2005, plaintiff notified the court that he intended to file the pre-trial statement in case number CV-S-01-0524 MCE GGH P <u>Cato v. Lancaster</u> and instead filed it in the instant action by mistake. (Doc. 101.) Plaintiff requests that this court notify the Sacramento Division of the filing of the pre-trial statement, in light of the fact that his deadline for filing the statement was September 30, 2005.

///
///
///
///

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall docket document number 99 in case number CV-S-01-0524 MCE GGH P;[1]

2. The Clerk of the Court shall serve a copy of the pre-trial statement on defense attorneys John Anthony Bachman, Jennifer E. Duggan, and Constance Lee Picciano; and

3. The pre-trial statement filed in this action shall be disregarded.

IT IS SO ORDERED.

**Dated:   October 7, 2005**             /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

---

[1] A court staff member in the Sacramento Division was contacted, and this resolution to plaintiff's request is agreeable to that court.