IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ANTHONY SAMUEL CATO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**DIRECTOR OF CORRECTIONS TERHUNE, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 1:03-cv-5490-AWI-LJO (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PRE-TRIAL DISPOSITIVE MOTION**<br><br>(Doc. 102) |

　　　　Defendants Andrews, Cheema, Dang, Do Canto, Fehlman, Fisher, Grandy, Hasadsri, Key, Loflin, Oseguera, Pitts, Warren and Weaver have requested an extension of time to file a motion for summary judgment. The Court finds good cause and grants the request. The pre-trial dispositive motion deadline is extended to **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:　March 21, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE