UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO, | 1:03-cv-05490-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 105) |
| vs. | **ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs. 97, 98) |
| DEPARTMENT OF CORRECTION TERHUNE, et al., | |
| Defendants. | |

Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 28, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations, if any, was to be filed within thirty days. On May 1, 2006, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. As explained by the Magistrate Judge, this court cannot grant injunctive relief concerning actions over which this court does not have jurisdiction. To the extent Plaintiff wants an injunction regarding medical care, and this action is about Plaintiff's medical care, Plaintiff's motions and objections are insufficient. Plaintiff has failed to show sufficient evidence that he is in imminent danger because of the discontinuation of medical and mental health care, or food tampering.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 28, 2006, is ADOPTED IN FULL; and,

2. Plaintiff's motions for preliminary injunctive relief, filed September 20, 2005, and September 22, 2005, are DENIED.

IT IS SO ORDERED.

**Dated:   May 29, 2006**                      /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE