# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>　　　　　Defendants.　　　　　／ | CASE NO. 1:03-CV-05490-AWI-LJO-P<br><br>ORDER DIRECTING UNITED STATES MARSHAL TO RE-ATTEMPT SERVICE OF PROCESS<br><br>(Docs. 120, 123, 124) |

　　　　Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2005, the court directed the United States Marshal to initiate service of process. (Doc. 42.) Service was not executed on defendants Jackson, Smith, Rojas, Alcantar, Cassillas, Hernandez, Romero, Licon, Espinoza, Molina, Cruz, Champbell, Brown, Reynoso, Williams, and Suarez. On June 28, 2005, the court ordered the Marshal to re-attempt service on the ground that the response given to the Marshal by the CDC Personnel was insufficient to allow the court to discharge this duty on the ground that defendants cannot be located. 28 U.S.C. 1915(d); Fed. R. Civ. P. 4(c)(2). (Doc. 96.) The Marshal was unable to locate defendants Jackson, Williams, Rojas, Smith, Alcantar, Cassillas, Hernandez, Romero, Licon, Espinoza, Molina, Cruz, Chambell, and Reynoso, and on April 27, 2006, the court issued an order opening discovery for the limited purpose of providing plaintiff with an opportunity to obtain information identifying these defendants. (Doc. 120.) On May 31, 2006, plaintiff provided

///

the court with the current building location and watch for defendants Cassillas, Hernandez, Romero, Licon, Rojas, and Espinoza. (Doc. 123.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for <u>each</u> defendant to be served;

    (2) One completed USM-285 form for <u>each</u> defendant to be served;

    (3) One copy of the fourth amended complaint filed on January 23, 2004 for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (4) One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal; and

    (5) One copy of the court's consent form for <u>each</u> defendant to be served;

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

    **C/O Cassillas - 4B4L Building, 2nd Watch, CSP-Corcoran**

    **C/O Hernandez - 4B3R Building, 2nd Watch, CSP-Corcoran**

    **C/O Romero - 4B3L Building, 2nd Watch, CSP-Corcoran**

    **C/O Licon - 4B3L Building, 3rd Watch, CSP-Corcoran**

    **C/O Rojas - 4B3L Building, Control Booth, 2nd Watch, CSP-Corcoran**

    **C/O Espinoza - 4B2L Building, 2nd Watch, CSP-Corcoran**

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. <u>In attempting to locate defendants, if CSP-Corcoran is unable to provide assistance, the Marshal shall contact the Legal Affairs Division in Sacramento and request the assistance of a special investigator.</u>

6. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

   a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

   b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendants, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendants. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendants in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

7. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the Marshal need not personally serve defendants.

///
///
///
///
///

1   8. In the event that defendants either waive service or are personally served, defendants
2   are required to reply to the complaint.  42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:   June 6, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                 UNITED STATES MAGISTRATE JUDGE