# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO, | CASE NO. 1:03-CV-05490-AWI-LJO-P |
| Plaintiff, | **ORDER REQUIRING DEFENDANT BROWN TO SHOW CAUSE WITHIN FIFTEEN DAYS WHICH DEFAULT SHOULD NOT BE ENTERED AGAINST HIM** |
| v. | |
| DEPARTMENT OF CORRECTION TERHUNE, et al., | |
| Defendants. | (Doc. 128) |
| _____/ | |

On June 20, 2006, the United States Marshal personally served defendant Brown.  (Doc. 128.)  Defendant Brown's response to plaintiff's complaint was due on or before July 13, 2006, but to date, no response has been filed.  Fed. R. Civ. P. 6(e), 12(a).  Accordingly, it is HEREBY ORDERED that:

1.    Defendant Brown has **fifteen (15) days** from the date of service of this order by mail within which to show cause why default should not be entered against him; and

2.    **The failure to file a response to this order within fifteen days will result in entry of default against defendant Brown**.

IT IS SO ORDERED.

**Dated:    July 31, 2006**                    _____/s/ Lawrence J. O'Neill_____
b9ed48                          UNITED STATES MAGISTRATE JUDGE

1