1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ANTHONY SAMUEL CATO,                    CASE NO. 1:03-CV-05490-AWI-LJO-P

10               Plaintiff,                ORDER DISCHARGING ORDER REQUIRING
                                           DEFENDANT BROWN TO SHOW CAUSE
11       v.                                WHY DEFAULT SHOULD NOT BE
                                           ENTERED AGAINST HIM
12  DEPARTMENT OF CORRECTION
    TERHUNE, et al.,                       (Doc. 130)
13
                 Defendants.
14
15  _____/

16          On August 1, 2006, the court ordered defendant Brown to show cause within fifteen days

17  why default should not be entered against him for failing to file a response to plaintiff's fourth

18  amended complaint on or before July 13, 2006, when a response was due.  Defendant Brown filed

19  a response to the order to show cause and an answer to the fourth amended complaint on August 2,

20  2006.

21          Because defendant Brown has now answered the fourth amended complaint, the order to

22  show cause filed on August 1, 2006, is HEREBY DISCHARGED.

23

24  IT IS SO ORDERED.

25  **Dated:     August 16, 2006**            _____/s/ Lawrence J. O'Neill_____
    b9ed48                                    UNITED STATES MAGISTRATE JUDGE
26

27

28