# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO, | CASE NO. 1:03-CV-05490-AWI-LJO-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR A RULE 35 EXAMINATION |
| v. | (Doc. 127) |
| DEPARTMENT OF CORRECTION TERHUNE, et al., | |
| Defendants. | |

Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On July 24, 2006, plaintiff filed a motion seeking an order for examination pursuant to Federal Rule of Civil Procedure 35(a). Defendants did not file a response.

Plaintiff's reliance on Rule 35 to obtain a physical and mental health examination by a physician outside of the California Department of Corrections and Rehabilitation is misplaced. In relevant part, Rule 35 is a mechanism by which a party, at that party's cost, may obtain an order for the examination of an opposing party. Plaintiff's motion shall therefore be denied. If plaintiff wishes to arrange for an independent medical examination, he may do so without a court order.[1]

///
///

---

[1] If plaintiff is able to arrange for an independent examination but unable to facilitate the appointment due to his imprisonment, plaintiff may request the court's assistance in that capacity.

1

For the foregoing reason, plaintiff's motion for a Rule 35 examination, filed July 24, 2006, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    August 16, 2006**                    /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE