# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO, | CASE NO. 1:03-CV-05490-AWI-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME UP TO AND INCLUDING OCTOBER 2, 2006, WITHIN WHICH TO COMPLY WITH COURT'S ORDER OF APRIL 27, 2006 |
| v. | |
| DEPARTMENT OF CORRECTION TERHUNE, et al., | |
| | (Doc. 131) |
| Defendants. | |

Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 27, 2006, the court (1) opened discovery as to defendants Jackson, Williams, Rojas, Smith, Alcantar, Cassillas, Hernandez, Romero, Licon, Espinoza, Molina, Cruz, Chambell, and Reynoso for the limited purpose of providing plaintiff with an opportunity to obtain further identifying information for these defendants, (2) ordered plaintiff to provide further information on the locations of defendants within ninety days, and (3) warned plaintiff that if he failed to provide the court with new information on defendants, they would be dismissed from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 120.) On July 31, 2006, plaintiff filed a motion seeking an extension of time to conduct discovery to ascertain information on the unserved defendants.[1] (Doc. 131.)

///

---

[1] Plaintiff seeks an extension of time up to and including October 1, 2006. Since October 1 falls on a Sunday, the request shall be treated as one for an extension to October 2, 2006.

1

1 Defendants Andrews, Cheema, Dang, Do Canto, Fehlman, Fisher, Grandy, Hasadsri, Key, Loflin,
2 Oseguera, Pitts, Warren, and Weaver did not file a response.
3      Since the issuance of the court's April 27 order, defendants Brown, Casillas, Espinoza,
4 Hernandez, Licon, Rojas, and Romero have waived service or been personally served, and have
5 made an appearance in this action. (Doc. 142.) Accordingly, of the fourteen defendants plaintiff was
6 directed to provide further information on, information is needed only for defendants Williams,
7 Smith, Alcantar, Molina, Cruz, Chambell, and Reynoso.
8      Defendant Jackson is the subject on an order to show cause directed to plaintiff on August
9 17, 2006, given that the court and the Marshal were provided with Jackson's last known address and
10 Jackson no longer resides there. (Doc. 150.) The only other unserved defendant is Suarez. Despite
11 the fact that the Marshal returned the service documents un-executed as to defendant Suarez,
12 attempts to serve Suarez are still ongoing. (Doc. 126.) The institution has identified defendant
13 Suarez and confirmed that she is a contract employee, and the Marshal will be re-attempting service.
14 Until plaintiff has been notified otherwise by the court, he need not be concerned about the service
15 status of Suarez.
16      Accordingly, plaintiff's motion for an extension of time up to and including October 2, 2006,
17 within which to comply with the court's order of April 27, 2006, filed July 31, 2006, is HEREBY
18 GRANTED.

20 IT IS SO ORDERED.
21 **Dated: August 24, 2006**            /s/ Lawrence J. O'Neill
    i0d3h8                                          UNITED STATES MAGISTRATE JUDGE