IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ANTHONY SAMUEL CATO,**<br><br>          Plaintiff,<br><br>     v.<br><br>**DIRECTOR OF CORRECTIONS TERHUNE, et al.,**<br><br>          Defendants. | No. 1:03-cv-5490-AWI-LJO (PC)<br><br>**ORDER GRANTING DEFENDANT BROWN'S MOTION FOR AN EXTENSION OF TIME UP TO AND INCLUDING DECEMBER 13, 2006, WITHIN WHICH TO PAY COST OF SERVICE TO U. S. MARSHAL**<br><br>(Doc. 155) |

Defendant Brown has requested a 30-day extension of time to comply with the court's October 23, 2006, order requiring him to pay $199.97 to the U.S. Marshal for the costs of service. The court finds good cause and orders as follows:

    1.    Defendant Brown shall pay $199.97 to the U.S. Marshal on or before December 13, 2006.

IT IS SO ORDERED.

**Dated:    November 13, 2006**                /s/ Lawrence J. O'Neill
i0d3h8                                                                UNITED STATES MAGISTRATE JUDGE

1