# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>              Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>              Defendants.<br>_____ / | CASE NO. 1:03-CV-05490-AWI-LJO-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER OF APRIL 27, 2006<br><br>(Doc. 153) |

Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 27, 2006, the court (1) opened discovery as to defendants Jackson, Williams, Rojas, Smith, Alcantar, Cassillas, Hernandez, Romero, Licon, Espinoza, Molina, Cruz, Chambell, and Reynoso for the limited purpose of providing plaintiff with an opportunity to obtain further identifying information for these defendants, (2) ordered plaintiff to provide further information on the locations of defendants within ninety days, and (3) warned plaintiff that if he failed to provide the court with new information on defendants, they would be dismissed from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 120.) On July 31, 2006, plaintiff filed a motion seeking an extension of time to conduct discovery to ascertain information on the unserved defendants. (Doc. 131.) On August 25, 2006, the court granted plaintiff's motion and set a new deadline for October 2, 2006. (Doc. 151.) As set forth in the August 25 order, since the issuance of the court's April 27 order, defendants Brown, Casillas, Espinoza, Hernandez, Licon, Rojas, and Romero waived service or were

1

1 personally served and made an appearance in this action, and defendant Jackson was subject to an
2 order to show cause. (Docs. 142, 150.) Therefore, of the fourteen defendants plaintiff was directed
3 to provide further information on, information was needed only for defendants Williams, Smith,
4 Alcantar, Molina, Cruz, Chambell, and Reynoso. (Doc. 150.) On October 4, 2006, plaintiff filed
5 a second motion seeking an extension of time to comply with the court's order of April 27.

6 Plaintiff's motion does not demonstrate good cause for an extension. Fed. R. Civ. P. 16(b).
7 The motion is devoid of information concerning what plaintiff has been doing over the past six
8 months in an effort to comply with the order or why another extension of thirty days would make
9 any difference in his ability to comply with the court's order. Because plaintiff's motion does not
10 show good cause for the requested extension, it shall be denied. Zivkovic v. Southern California
11 Edison Co., 302 F.3d 1080, 1087-88 (9th Cir. 2002).

12 Accordingly, plaintiff's motion for an extension of time is HEREBY DENIED.

14 IT IS SO ORDERED.

15 **Dated:   November 15, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                       UNITED STATES MAGISTRATE JUDGE