# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>                Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:03-cv-05490-AWI-LJO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS PREMATURELY FILED<br><br>(Doc. 160) |

   Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2006, plaintiff filed a motion to compel responses to requests for the production of documents served on October 28, 2006. On December 7, 2006, defendants filed an opposition to the motion on the ground that it was prematurely filed.

   Pursuant to the court's discovery order, parties have forty-five days within which to respond to discovery requests. (Doc. 148, ¶2.) The forty-fifth day fell on December 12, 2006, and Federal Rule of Civil Procedure 6(e) provides an additional three days for mailing. As such, defendants' responses were not due until December 15, 2006, and plaintiff's motion was filed prior to that deadline, making it premature.

///

///

///

1

1  Accordingly, plaintiff's motion to compel was prematurely filed and is HEREBY DENIED
2  on that ground.
3
4  IT IS SO ORDERED.
5  **Dated:   January 24, 2007**          /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES MAGISTRATE JUDGE