UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:03-cv-05490-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)**<br><br>(Doc. 158) |

　　Plaintiff Anthony Samuel Cato ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　On November 15, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
2 and Local Rule 73-305, this Court has conducted a de novo review of
3 this case. Having carefully reviewed the entire file, the Court
4 finds the Findings and Recommendations to be supported by the
5 record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed November 15,
8 2006, is ADOPTED IN FULL; and,
9  2.  Pursuant to Federal Rule of Civil Procedure 4(m),
10 defendants Williams, Smith, Alcantar, Molina, Cruz, Chambell, and
11 Reynoso are DISMISSED from this action, without prejudice.

IT IS SO ORDERED.

**Dated:   January 26, 2007**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE