# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>  Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>  Defendants.<br> / | CASE NO. 1:03-cv-05490-AWI-NEW (DLB) PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT, NUNC PRO TUNC TO JULY 2, 2007<br><br>(Doc. 169)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2007, defendants filed a motion seeking an extension of time up to and including July 2, 2007, within which to file a motion for summary judgment, and on July 2, 2007, defendants filed their motion.

Accordingly,

1. Defendants' motion for an extension of time to file a motion for summary judgment is HEREBY GRANTED, nunc pro tunc to July 2, 2007;

2. Plaintiff shall file an opposition or a statement of non opposition to defendants' motion within **thirty (30) days** from the date of service of this order; and

///

///

3. If plaintiff fails to file an opposition or a statement of non opposition in compliance with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

    **Dated:**   **July 6, 2007**                   /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE