# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:03-cv-05490-AWI-NEW (DLB) PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A SIXTY-DAY EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 173) |

Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 2, 2007, defendants filed a motion for summary judgment, and on August 6, 2007, plaintiff filed a motion seeking a sixty-day extension of time to file an opposition.

Plaintiff's motion for a sixty-day extension of time to file a response to defendants' motion for summary judgment is HEREBY GRANTED. If plaintiff fails to file an opposition or a statement of non-opposition within sixty days in compliance with this order, this action will be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:  **August 14, 2007**          /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE

1