# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAMUEL CATO,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTION TERHUNE, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-cv-05490-AWI-NEW (DLB) PC<br><br>ORDER STRIKING SECOND OPPOSITION AND SECOND MOTION FOR COUNSEL<br><br>(Doc. 177 and 178) |

  Plaintiff Anthony Samuel Cato ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on July 2, 2007, and plaintiff filed an opposition to the motion along with a motion for the appointment of counsel on August 15, 2007. Defendants did not file a reply and their motion has since been deemed submitted pursuant to Local Rule 78-230(m). On September 19, 2007, plaintiff filed another opposition and another motion seeking the appointment of counsel.

  Plaintiff may only file one opposition to defendants' motion for summary judgment, and he did so on August 15, 2007. Further, plaintiff's motion for the appointment of counsel is still pending and it is therefore not appropriate for plaintiff to file a second motion seeking the same relief.

///
///
///
///

1

Accordingly, plaintiff's second opposition and second motion for the appointment of counsel, filed September 19, 2007, are HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **September 21, 2007**                          **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE